

# Missouri Court of Appeals
## Southern District

**FEBRUARY 25, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33382

      Re:    ADAM S. GONZALEZ,
             Petitioner-Appellant,
             vs.
             CARRIE LEANN COOK,
             Respondent-Respondent.